# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
*(Changes Identified with Asterisks (*))*

v.

Case Number:  03-cr-00379-EWN

USM Number:  32170-013

ANDY JOHN ROWE

Kerry Hada, Appointed
 (Defendant's Attorney)

**Date of Original Judgment:**  January 31, 2006

**Reason for Amendment:**  Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36).

**THE DEFENDANT:**  Admitted guilt to violations 1 through 5, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Participate in Treatment | 12/02/04 |
| 2 | Possession and/or Use of a Controlled Substance | 12/09/04 |
| 3 | Possession and/or Use of a Controlled Substance | 12/12/04 |
| 4 | Violation of the Law | 12/16/04 |
| 5 | Association with Persons Involved in Criminal Activity | 12/16/04 |

        The defendant is sentenced as provided in pages 2 through 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

        It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

        It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

January 13, 2006
Date of Imposition of Judgment


s/ Edward W. Nottingham
Signature of Judge


Edward W. Nottingham, U.S. District Judge
Name & Title of Judge


June 6, 2006

DEFENDANT:  ANDY JOHN ROWE
CASE NUMBER:  03-cr-00379-EWN                                    Amended Judgment-Page 2 of 2

Date

DEFENDANT:  ANDY JOHN ROWE
CASE NUMBER:  03-cr-00379-EWN                          Amended Judgment-Page 3 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months, time served.  *Sentence to run concurrent with the sentence imposed in Case No. 04-cr-000514-EWN-23.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____

DEFENDANT:  ANDY JOHN ROWE
CASE NUMBER:  03-cr-00379-EWN

Deputy United States Marshal